**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-6226

CHAUNCEY DEMETRIUS BENNETT,

Plaintiff - Appellant,

v.

WARDEN JOHN WOLFE; LIBRARIAN JUNE BRITTINGHAM; L.T.
VANESSA JONES; SECRETARY STEPHEN MOYER; COMMISSIONER
DAYENA CORCORAN; COMMISSIONER CAROLYN SCRUGS,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
James K. Bredar, Chief District Judge. (1:16-cv-04069-JKB)

Submitted: July 17, 2018                                    Decided: July 20, 2018

Before TRAXLER and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Chauncey Demetrius Bennett, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chauncey Demetrius Bennett appeals the district court's order granting defendants' motion for summary judgment on Bennett's 42 U.S.C. § 1983 (2012) complaint, and dismissing his claim challenging his infraction without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bennett v. Wolfe*, No. 1:16-cv-04069-JKB (D. Md. Feb. 20, 2018). We deny Bennett's motion to order defendants to provide a copying card and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*